USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE:                                              :

KIND LLC "HEALTHY AND ALL        :
NATURAL" LITIGATION

                                                    :

This Document Relates to All Actions   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

15-MD-2645 (WHP)
15-MC-2645 (WHP)

**CASE MANAGEMENT ORDER NUMBER TWO**

(ORDER NO. 2)

WILLIAM H. PAULEY III, District Judge:

  The parties having appeared for an initial conference on October 6, 2015, the following schedule is established on consent:

  (1) Any motion for appointment of lead counsel shall be filed by October 13, 2015;

  (2) Any opposition shall be filed by October 23, 2015;

  (3) Any reply shall be filed by October 28, 2015; and

  (4) The parties shall appear for oral argument on October 30, 2015 at 2:00 p.m.

  The parties are directed to file their motion papers on both the 15-MD-2645 and 15-MC-2645 dockets.

  Additionally, Defendant is directed to provide a report to this Court regarding any document productions made to the Food and Drug Administration ("FDA") in connection with the FDA's ongoing investigation no later than October 20, 2015. That report should include any argument why this Court should not order the immediate production of Defendant's response to the FDA's Warning Letter to Plaintiffs. Defendant is directed to file its report on both the 15-MD-2645 and 15-MC-2645 dockets.

      Finally, the Clerk of Court is directed to amend the case caption to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE:                                                                           :

                                                                                      :

KIND LLC "HEALTHY AND ALL
NATURAL" LITIGATION                                              :

                                                                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Dated: October 6, 2015
      New York, New York

                                                          SO ORDERED:

                                                          WILLIAM H. PAULEY III
                                                              U.S.D.J.