**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X  ECF Case

IN RE: KIND LLC "HEALTHY AND ALL
NATURAL" LITIGATION

        :
        :
        :
        :  Case No. 1:15-md-02645-WHP
        :
        :  **NOTICE OF DEFENDANTS**
_____ :  **KIND LLC AND KIND**
        :  **MANAGEMENT, INC.'S**
THIS DOCUMENT RELATES TO:        :  **MOTION TO DISMISS**
        :
ALL ACTIONS        :
        :
        :

---------------------------------------------------------------- X

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Dale J. Giali, dated March 7, 2016, and the exhibits attached thereto, and the accompanying Defendants KIND LLC and KIND Management, Inc.'s Memorandum of Points and Authorities in Support of Their Motion to Dismiss, and any other submission that shall be made in support of this motion, the undersigned counsel, on behalf of Defendant, will move this Court, before the Honorable William Pauley, at the United States Courthouse, 500 Pearl Street, New York, New York, on May 23, 2016 at 11:30 a.m., for an Order granting Defendants' Motion to Dismiss, and for other such relief that the Court deems just and proper.

DATED: March 7, 2016

By: _/s/ Dale J. Giali_
     Dale J. Giali

Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248
Email: dgiali@mayerbrown.com

_Counsel for Defendants KIND LLC_
_and KIND Management, Inc._