UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KIND LLC "HEALTHY AND ALL NATURAL" LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | 15-MD-2645 (WHP)<br>15-MC-2645 (WHP)<br><br>Hon. William H. Pauley III, presiding<br><br>**NOTICE OF PLAINTIFFS' MOTION TO LIFT STAY** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and any other submission that shall be made in support of this motion, Plaintiffs by and through their undersigned counsel, will move this Court, located at 500 Pearl Street, New York, NY 10007, Courtroom 20B, as soon as counsel may be heard, for an Order lifting the current stay on Plaintiffs' "all natural" claims (Dkt. No. 83) and for other such relief that the Court deems just and proper.

Respectfully submitted,

Dated: June 30, 2017

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

By: /s/ *Todd Garber*
Todd S. Garber
*tgarber@fbfglaw.com*
D. Greg Blankinship
*gblankinship@fbfglaw.com*
1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605
Tel: (914) 298-3283
Fax: (914) 824-1561

{00285807 }

Tina Wolfson
*twolfson@ahdootwolfson.com*
Robert Ahdoot
*rahdoot@ahdootwolfson.com*
Theodore W. Maya
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111
Fax: (310) 474-8585

Daniel L. Warshaw
*dwarshaw@pswlaw.com*
Matthew A. Pearson
*mapearson@pswlaw.com*
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Tel: (818) 788-8300
Fax: (818) 788-8104

*Co-Lead Counsel for Plaintiffs*
*and the Putative Class*