UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KIND LLC "HEALTHY AND ALL NATURAL" LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | 15-MD-2645 (WHP)<br>15-MC-2645 (WHP)<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR RENEWAL OF CO-LEAD INTERIM CLASS COUNSEL APPOINTMENT**<br><br>William H. Pauley III, District Judge |

Before the Court is Plaintiffs' Application for Renewal of Co-Lead Interim Class Counsel Appointment (the "Renewal Application").

Having considered the criteria set forth in the Initial Case Management Order (Dkt. No. 3, ¶ VI), the Order Appointing Interim Class Counsel (Dkt. No. 41 at 2-3), the Order Renewing Appointment of Interim Class Counsel (Dkt. No. 95), and the Renewal Application, the Court hereby grants renewal of the appointment. Ahdoot & Wolfson, PC, Finkelstein, Blankinship, Frei-Pearson & Garber LLP, and Pearson, Simon & Warshaw, LLP shall continue in their role as Co-Lead Interim Class Counsel and abide by the duties set forth in the Order granting their initial appointment (Dkt. No. 41).

SO ORDERED, this  2nd  day of  March , 2018.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

1