**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KIND LLC "HEALTHY AND ALL NATURAL" LITIGATION | ECF Case |
| | Case No. 1:15-md-02645-WHP<br>Case No. 1:15-mc-02645-WHP |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF DALE J. GIALI IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Dale J. Giali, hereby declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Mayer Brown LLP, counsel for defendant KIND LLC in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness could testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Elizabeth Livingston held on January 27, 2020 in Davie, Florida.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Sarah Thomas, held on January 29, 2020 in New York, New York.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Amanda Short held on January, 30, 2020 in New York, New York.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Charity Bustamante, held on January 31, 2020 in New York, New York.

6. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 27 to Plaintiff Charity Bustamante's deposition taken on January 31, 2020 in New York, New York, which is a Demand Letter to KIND sent by Tina Wolfson, a partner at the law firm Ahdoot & Wolfson,

PC, pursuant to the California Consumers Legal Remedies Act, on behalf of Charity Bustamante.

7. Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 33 to Plaintiff Charity Bustamante's deposition taken on January 31, 2020 in New York, New York, which is a receipt from Target for two KIND products—product nos. 094080925 and 094080960—purchased by Charity Bustamante on April 14, 2015 at 4:34 PM. The product numbers identified in Exhibit 33 are for the 4-packs of Fruit & Nut Almond KIND bars and Coconut and Plus Dark Chocolate Cherry Cashew + Antioxidants KIND bars.

8. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiff Sarah Thomas' Responses to KIND LLC's First Set of Interrogatories.

9. Attached hereto as **Exhibit H** is a true and correct copy of Plaintiff Amanda Short's Responses to KIND LLC's First Set of Interrogatories.

10. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiff Charity Bustamante's Responses to KIND LLC's First Set of Interrogatories.

11. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiff Elizabeth Livingston's Responses to KIND LLC's First Set of Interrogatories.

12. Attached hereto as **Exhibit K** is a true and correct copy of Plaintiff Elizabeth Livingston's Responses to KIND LLC's Second Set of Interrogatories.

13. Attached hereto as **Exhibit L** is a true and correct copy of a screenshot of the FDA website, which shows the date the Warning Letter to KIND LLC was first published on the FDA website and first made public, i.e., April 14, 2015, available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/compliance-actions-and-activities/warning-letters, by entering "kind llc" into the "Search" function. I caused a copy of this screenshot to be retrieved from the aforementioned website on March 5, 2020.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the

deposition transcript of Brian Lutter, held on December 11, 2019 in New York, New York (filed under seal).

15. Attached hereto as **Exhibit N** is a true and correct copy of Exhibit 10 to Brian Lutter's deposition taken on December 11, 2019 in New York, New York (filed under seal).

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the deposition transcript of Elle Lanning, held on December 12, 2019 in New York, New York (filed under seal).

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the deposition transcript of plaintiffs' expert witness, Stephen F. Hamilton, Ph.D., held on January 31, 2020 in Los Angeles, California.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Exhibit 3 to Dr. Stephen F. Hamilton's deposition taken on January 31, 2020 in Los Angeles, California.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on March 6, 2020 at Los Angeles, California.

Respectfully Submitted,

By: ______________________________
Dale J. Giali