**INDEX OF EXHIBITS TO ELLE LANNING EXPERT DECLARATION**

| **Exhibit No.** | **Description** |
|---|---|
| A | Chart of KIND LLC's Label Changes |
| B | Packaging Designs for KIND Core Bar Products with Neither Claim "ALL NATURAL" or "NON-GMO" |
| C | Packaging Designs for KIND Core Bar Products with *Three* Labels: (1)"ALL NATURAL" and "NON-GMO" and (2) "NON-GMO," and (3) NO GENETICALLY ENGINEERED INGREDIENTS" |
| D | Packaging Designs for KIND Core Bar Products with *Two* Labels: (1)"ALL NATURAL" and "NON-GMO" and (2) "NO GENETICALLY ENGINEERED INGREDIENTS" |
| E | Packaging Designs for KIND Healthy Grains Bars Products with *Three* Labels: (1)"ALL NATURAL" and "NON-GMO" and (2) "NON-GMO," and (3) NO GENETICALLY ENGINEERED INGREDIENTS." |
| F | Packaging Designs for KIND Healthy Grains Clusters Products with *Three* Labels: (1)"ALL NATURAL" and "NON-GMO" and (2) "NON-GMO," and (3) NO GENETICALLY ENGINEERED INGREDIENTS." |
| G | Packaging Designs for Discontinued Products. |